UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAVID GIORDANO,

          Plaintiff,

   v.

LIEUTENANT VILACOBA, *et al.*,

          Defendants.

Civil Action No. 22-3294 (MAS) (RLS)

**MEMORANDUM ORDER**

This matter comes before the Court upon Defendants' motions to dismiss Plaintiff's Complaint (ECF No. 18) because Plaintiff failed to provide discovery or otherwise prosecute this action (ECF Nos. 58, 59). Despite Defendants' motions being filed in April 2023, Plaintiff has not opposed either motion or otherwise been active on the docket since the motions' filing with one exception: informing the Court of a new address in September 2023. Accordingly,

**IT IS**, on this 14th day of February 2024, **ORDERED** that:

1. Plaintiff must show cause in writing as to why this action should not be dismissed for failure to prosecute this action or otherwise engage in discovery.

2. Plaintiff must submit his correspondence no later than **February 23, 2024**.

                                                                                                                                                                                                                                 /s/ Michael A. Shipp
                                                                       **MICHAEL A. SHIPP**
                                                                      **UNITED STATES DISTRICT JUDGE**